```
Priority   ___
Send       ___
Enter      ___
Closed     ___
JS-5/JS-6  ___
JS-2/JS-3  ___
Scan Only  ___
```

FILED
CLERK, U.S. DISTRICT COURT

APR - 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAT HUU VU,<br><br>    Petitioner,<br><br>    v.<br><br>MATTHEW C. KRAMER,<br><br>    Respondent. | CASE NO. CV 07-6312-SGL (PJW)<br><br>ORDER ACCEPTING FINAL REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Final Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Final Report and adopts it as its own findings and conclusions.

DATED: 4-2-08.

_____
STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\VU, D 6312\Order accep r&r.wpd