Priority —
Send —
Enter —
Closed —
JS-5/JS-6 —
JS-2/JS-3 —
Scan Only —

FILED
CLERK, U.S. DISTRICT COURT
APR - 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DAT HUU VU,                    ) CASE NO. CV 07-6312-SGL (PJW)
                               )
          Petitioner,          )
                               ) J U D G M E N T
     v.                        )
                               )
MATTHEW C. KRAMER,             )
                               )
          Respondent.          )
_____)

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED:    4-2-08    .


_____
STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\VU, D 6312\Judgment.wpd